AO 240 (Rev. 10/03)

E-FILED
Tuesday, 11 December, 2007 02:09:05 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

Alvin McGee
Plaintiff

v.

Stephen Wright, Robert K. Schisler, Jerri Friend, Sgt. Lock, Sgt. Custer
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 07-1338

FILED DEC 1 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Alvin McGee, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Hill Correctional Center

   Are you employed at the institution? yes   Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Family $150⁰⁰ I don't expect to receive any more money from Family

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

11/27/07 _____  _Alvin McGee_____
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 50.84 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

None

_Cheryl Gplin_
(Authorized Officer)

_Hill C.C._
(Institution)

_Account Tech I_
(Title)

DATE 11-27-07

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

4

Date: 11/27/2007    1:07-cv-01338-HAB-JAG    # 2    Hill Correctional Center    Page 1
Time: 8:29am    Page 4 of 5    Trust Fund
d_list_inmate_trans_statement_composite    View Transactions

**Inmate:** K71104 McGee, Alvin      **Housing Unit:** HIL-R3-A -19

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 12.53 |
| 01/12/07 | Payroll | 20 Payroll Adjustment | 012126 | | P/R month of 12/2006 | 10.00 | 22.53 |
| 01/12/07 | Mail Room | 01 MO/Checks (Not Held) | 012263 | 729855 | Rollings, Evelyn | 50.00 | 72.53 |
| 01/12/07 | Mail Room | 01 MO/Checks (Not Held) | 012263 | 729854 | Love, Joyce | 50.00 | 122.53 |
| 01/12/07 | Mail Room | 01 MO/Checks (Not Held) | 012263 | 729853 | Love, Joyce | 50.00 | 172.53 |
| 01/17/07 | Point of Sale | 60 Commissary | 017705 | 387129 | Commissary | -68.39 | 104.14 |
| 01/17/07 | Mail Room | 01 MO/Checks (Not Held) | 017215 | 05459698146 | Ray, Kim | 25.00 | 129.14 |
| 02/01/07 | Point of Sale | 60 Commissary | 032705 | 388992 | Commissary | -32.20 | 96.94 |
| 02/01/07 | Point of Sale | 60 Commissary | 032705 | 388995 | Commissary | -1.14 | 95.80 |
| 02/14/07 | Point of Sale | 60 Commissary | 045705 | 389918 | Commissary | -29.30 | 66.50 |
| 02/15/07 | Payroll | 20 Payroll Adjustment | 046126 | | P/R month of 01/2007 | 12.28 | 78.78 |
| 02/16/07 | Disbursements | 84 Library | 047363 | Chk #92637 | 02-06-07, IDOC Central IBF, Inv. Date: 02/06/2007 | -1.80 | 76.98 |
| 02/16/07 | Disbursements | 84 Library | 047363 | Chk #92637 | 02-14-07, IDOC Central IBF, Inv. Date: 02/14/2007 | -.20 | 76.78 |
| 03/01/07 | Mail Room | 01 MO/Checks (Not Held) | 060257 | 08598586274 | Ray, Kim | 50.00 | 126.78 |
| 03/02/07 | Point of Sale | 60 Commissary | 061705 | 391223 | Commissary | -35.04 | 91.74 |
| 03/14/07 | Point of Sale | 60 Commissary | 073724 | 392603 | Commissary | -21.86 | 69.88 |
| 03/15/07 | Payroll | 20 Payroll Adjustment | 074126 | | P/R month of 02/2007 | 12.90 | 82.78 |
| 03/16/07 | Payroll | 20 Payroll Adjustment | 075126 | | feb correction | 5.53 | 88.31 |
| 03/27/07 | Mail Room | 01 MO/Checks (Not Held) | 086215 | 10796410080 | Ray, Kimberly | 40.00 | 128.31 |
| 03/27/07 | Point of Sale | 60 Commissary | 086705 | 393882 | Commissary | -32.95 | 95.36 |
| 04/11/07 | Point of Sale | 60 Commissary | 101705 | 395098 | Commissary | -19.81 | 75.55 |
| 04/14/07 | Payroll | 20 Payroll Adjustment | 104126 | | P/R month of 03/2007 | 19.20 | 94.75 |
| 04/17/07 | Disbursements | 84 Library | 107363 | Chk #93282 | 03-22-07, IDOC Central IBF, Inv. Date: 03/22/2007 | -.70 | 94.05 |
| 04/17/07 | Disbursements | 80 Postage | 107363 | Chk #93292 | 04-06-07, DOC: 523 Fund Inmate, Inv. Date: 04/16/2007 | -1.59 | 92.46 |
| 04/24/07 | Point of Sale | 60 Commissary | 114722 | 396393 | Commissary | -15.06 | 77.40 |
| 04/24/07 | Point of Sale | 60 Commissary | 114722 | 396394 | Commissary | -2.47 | 74.93 |
| 05/09/07 | Point of Sale | 60 Commissary | 129705 | 397681 | Commissary | -15.06 | 59.87 |
| 05/10/07 | Payroll | 20 Payroll Adjustment | 130126 | | P/R month of 04/2007 | 19.20 | 79.07 |
| 05/17/07 | Disbursements | 84 Library | 137363 | Chk #93627 | 04-27-07, IDOC Central IBF, Inv. Date: 04/27/2007 | -.80 | 78.27 |
| 05/17/07 | Disbursements | 84 Library | 137363 | Chk #93627 | 05/07, IDOC Central IBF, Inv. Date: 05/07/2007 | -.10 | 78.17 |
| 05/17/07 | Disbursements | 84 Library | 137363 | Chk #93627 | 04-27-07, IDOC Central IBF, Inv. Date: 04/27/2007 | -1.70 | 76.47 |
| 05/17/07 | Disbursements | 81 Legal Postage | 137363 | Chk #93636 | 05-14-07, DOC: 523 Fund Inmate, Inv. Date: 05/14/2007 | -4.60 | 71.87 |
| 05/22/07 | Point of Sale | 60 Commissary | 142705 | 398893 | Commissary | -16.52 | 55.35 |
| 06/18/07 | Payroll | 20 Payroll Adjustment | 169126 | | P/R month of 05/2007 | 23.04 | 78.39 |
| 06/19/07 | Point of Sale | 60 Commissary | 170705 | 401091 | Commissary | -27.47 | 50.92 |
| 07/10/07 | Point of Sale | 60 Commissary | 191724 | 402500 | Commissary | -20.78 | 30.14 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194126 | | P/R month of 06/2007 | 10.00 | 40.14 |
| 07/28/07 | Mail Room | 01 MO/Checks (Not Held) | 209215 | 09052171 | Smith, Ethel | 50.00 | 90.14 |
| 08/07/07 | Point of Sale | 60 Commissary | 219721 | 405134 | Commissary | -40.13 | 50.01 |
| 08/09/07 | Payroll | 20 Payroll Adjustment | 221179 | | P/R month of 07/2007 | 10.00 | 60.01 |
| 08/17/07 | Disbursements | 84 Library | 229363 | Chk #94532 | 08-13-07, IDOC Central IBF, Inv. Date: 08/13/2007 | -2.20 | 57.81 |
| 09/06/07 | Point of Sale | 60 Commissary | 249705 | 407687 | Commissary | -18.99 | 38.82 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257179 | | P/R month of 08/2007 | 10.00 | 48.82 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257156 | | P/R month of 08/2007 | -10.00 | 38.82 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257179 | | P/R month of 08/2007 | 10.00 | 48.82 |
| 10/03/07 | Point of Sale | 60 Commissary | 276705 | 410084 | Commissary | -25.18 | 23.64 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285179 | | P/R month of 09/2007 | 10.00 | 33.64 |
| 10/18/07 | Disbursements | 82 Debts due to State (non-postage) | 291363 | Chk #95080 | 10-03-07, DOC: 523 Fund Reimbu, Inv. Date: 10/03/2007 | -3.00 | 30.64 |

**Inmate: K71104 McGee, Alvin**              **Housing Unit: HIL-R3-A -19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/09/07 | Point of Sale | 60 Commissary | 313722 | 413142 | Commissary | -30.59 | .05 |
| 11/16/07 | Mail Room | 01 MO/Checks (Not Held) | 320215 | 551979 | Love, Joyce | 50.00 | 50.05 |
| 11/16/07 | Mail Room | 01 MO/Checks (Not Held) | 320215 | 551978 | Love, Joyce | 50.00 | 100.05 |
| 11/16/07 | Payroll | 20 Payroll Adjustment | 320179 | | P/R month of 10/2007 | 10.00 | 110.05 |
| 11/21/07 | Point of Sale | 60 Commissary | 325722 | 414324 | Commissary | -59.21 | 50.84 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 50.84 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 50.84 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |