E-FILED
Thursday, 13 December, 2007  11:17:46 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALVIN MCGEE** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-1338** |
| **STEPHEN A. WRIGHT, ET AL** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Hill Correctional Center at Galesburg, IL.

     **WE COMMAND** that you produce the body of **Alvin McGee**, Register No. **K71104**, who is in your custody at Hill Correctional Center, before the United States District Court on **1/18/2008 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  12/13/2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/C. Lambie_____
     Deputy Clerk

```
cc: Records - HCC
    Plaintiff
```

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALVIN MCGEE** <br> Plaintiff | ) <br> ) <br> ) | **WRIT OF HABEAS CORPUS** <br> **AD TESTIFICANDUM** |
| vs | ) <br> ) | **CASE NO. 07-1338** |
| **STEPHEN A. WRIGHT, ET AL** <br> Defendant | ) <br> ) | |

**TO:  THE WARDEN of** Hill Correctional Center at Galesburg, IL.

      **WE COMMAND** that you produce the body of **Alvin McGee**, Register No. **K71104**, who is in your custody at Hill Correctional Center, before the United States District Court on **1/18/2008 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  12/13/2007

                                              JOHN M. WATERS, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY: _____s/C. Lambie_____
                                                    Deputy Clerk

```
cc: Records - HCC
    Plaintiff
```