# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Alvin McGee**

vs.

Case Number: **07-1338**

**Stephen A Wright, Assistant Warden, et al.**

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. Proc. 12(b)(6) and 28 U.S.C. Section 1915A.  Parties to bear their own costs.

ENTER this 9th day of January, 2008

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ K. Burns
BY: DEPUTY CLERK