FILED
JAN 1 6 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-1338
1/11/08

Dear Clerk,

My name is Alvin McGee and I'm writing in response to a letter I receive from you 1/9/08. The text order in the letter states — the merit review hearing scheduled for 1/18/08 is canceled and the writ is recalled. The clerk is to notify the plaintiff and his place of residence. A merit review order will be entered. I would like to know if the case was dismiss or would I be getting another merit review date?

Thank You

Alvin McGee

Case Number 1:07-cv-1338

Alvin McGee
K71104
Hill Corr. Ctr.
P.O. Box 1700
Galesburg IL. 61401